**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Aileen Robinson,<br><br>Plaintiff,<br><br>v.<br><br>The City of Chicago and Yolanda Talley,<br><br>Defendants. | Case No: 2024-cv-3329 |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Aileen Robinson, Defendant City of Chicago, and Defendant Yolanda Talley submit this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and this Court's Order of September 29, 2025 (R.58). The parties report that they have executed a settlement agreement and consent to dismissal of this matter. This dismissal is without prejudice but shall automatically convert to a dismissal with prejudice seventy-five days from the entry of order and with leave to reinstate solely in the event of non-payment of amounts owed pursuant to the settlement agreement. Each party to bear their own fees and costs of litigation.

Dated: October 2, 2025

Respectfully Submitted,

**Plaintiff Aileen Robinson**

By: */s/ Peter S. Roeser*
One of her Attorneys

Peter S. Roeser | Matthew D. Tanner
**ROESER TANNER & GRAHAM LLC**
2 North Riverside Plaza Ste 1850
Chicago, IL 60606
312-621-0303
proeser@rtglaw.com
Counsel for Plaintiff

**Defendant City of Chicago**

Office of the Corporation Counsel of the City of Chicago

By: *s/ John Catalano*
Assistant Corporation Counsel, Supervisor

**Defendant Yolanda Talley**

By: *s/ Jessica R. Durkin*
Assistant Corporation Counsel, Supervisor

City of Chicago Law Department
2 N. LaSalle, Suite 640
Chicago, IL 60602
Jessica.durkin@cityofchicago.org
John.catalano2@cityofchicago.org
312-744-6951/4045

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2025 the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification to all ECF registrants that are counsel of record for this matter.

/s/ *Peter S. Roeser*