**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Aileen Robinson

Plaintiff,

v.

Case No.: 1:24−cv−03329
Honorable John F. Kness

City of Chicago, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 2, 2025:

MINUTE entry before the Honorable John F. Kness: On10/2/2025, the parties filed a "Joint Stipulation of Dismissal" [59] explaining that they jointly stipulate to the dismissal of this action based on the parties' settlement. Accordingly, the case is dismissed by operation of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. See Nelson v. Napolitano, 657 F.3d 586, 587 (7th Cir. 2011) (Rule 41(a)(1)(A) notice of dismissal "is self−executing and effective without further action from the court"). Under the terms of the Joint Stipulation, this dismissal is without prejudice and with leave to reinstate on or before 12/16/2025. Leave to reinstate, per the Joint Stipulation, shall be limited solely to the event of nonpayment of amounts owed under the settlement agreement. In the event a motion to reinstate is not filed on or before 12/16/2025, or no party has moved to extend that deadline, the case shall be deemed, without further order of the Court, to be dismissed with prejudice. Each party to bear its own fees and costs. I commend the parties and counsel for their settlement efforts, and I thank Judge Appenteng for presiding over the case on referral. Civil case terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.